# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE WALLACE,<br><br>            Petitioner,<br><br>    v.<br><br>M.D. McDONALD,<br><br>            Respondent. | No. CV 10-5042-JAK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 14, 2013

_____
JOHN A. KRONSTADT
United States District Judge